IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-851-D

| | |
|---|---|
| OTIS RAGIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On March 4, 2015, defendant moved to dismiss the action as untimely. See [D.E. 14]. On March 8, 2015, plaintiff responded in opposition. See [D.E. 16].

In light of the record, the Commissioner's regulation (20 C.F.R. § 422.210(c)), and the cases cited in plaintiff's response, defendant's motion to dismiss [D.E. 14] is DENIED.

SO ORDERED. This 31 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge