UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OTIS RAGIN, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:14-CV-851-D** |
| CAROLYN W. COLVIN, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court adopts the conclusions in the M&R [D.E. 34]. Plaintiff's motion for judgment on the pleadings [D.E. 25] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 30] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on May 3, 2016, and Copies To:**

| | |
|---|---|
| Vaughn Stephen Clauson | (via CM/ECF Notice of Electronic Filing) |
| Wanda D. Mason | (via CM/ECF Notice of Electronic Filing) |

DATE:  JULIE RICHARDS JOHNSTON, CLERK

May 3, 2016  (By)  /s/ Nicole Briggeman
 Deputy Clerk