IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:14cv851-D

| | |
|---|---|
| OTIS RAGIN, | ) |
| Plaintiff, | ) ) ) ) ORDER FOR |
| v. | ) PAYMENT OF ATTORNEY FEES ) UNDER THE EQUAL ACCESS |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) TO JUSTICE ACT ) ) |
| Defendant. | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,800.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED. This **25** day of August 2016.

                                        JAMES C. DEVER III
                                        Chief United States District Judge